AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| OSCAR RAMIRO ORTEGA-HERNANDEZ (a/k/a "Oscar Ramiro Ortega") DOB: | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about November 11, 2011, in the District of Columbia, the defendant, OSCAR RAMIRO ORTEGA-HERNANDEZ, knowingly did attempt to kill the President of the United States. (Attempt to Assassinate the President of the United States in violation of Title 18 U.S.C., Section 1751(c)).

I further state that I am Chris Ormerod, Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA George Varghese
AUSA John W. Borchert

Signature of Complainant
Chris Ormerod, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

NOV 17 2011
Date

at Washington, D.C.
City and State

ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer