IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| | : | VIOLATIONS: |
| v. | : | |
| | : | 18 U.S.C. § 1751(c) |
| | : | (Attempt to Assassinate the President of |
| | : | the United States) |
| | : | |
| **OSCAR RAMIRO ORTEGA-** | : | 18 U.S.C. § 111 |
| **HERNANDEZ,** | : | (Assaulting an Officer or Employee of the |
| also known as | : | United States with a Deadly Weapon) |
| **Oscar Ramiro Ortega,** | : | |
| Defendant. | : | 18 U.S.C. § 1361 |
| | : | (Injury to Property of the United States) |
| | : | |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| | : | (Using, Carrying, Brandishing and |
| | : | Discharging a Firearm During a Crime |
| | : | of Violence) |
| | : | |
| | : | 22 D.C. Code § 402 |
| | : | (Assault with a Dangerous Weapon) |
| | : | |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence) |
| | : | |
| | : | 18 U.S.C. § 924(b) |
| | : | (Interstate Transportation of a Firearm |
| | : | and Ammunition) |

**I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE
**(Attempt to Assassinate the President of the United States)**

On or about November 11, 2011, in the District of Columbia, the defendant, OSCAR ORTEGA-HERNANDEZ, did knowingly attempt to kill the President of the United States, Barack Obama.

**(Attempt to Assassinate the President of the United States,**
in violation of 18 U.S.C. § 1751(c)**)**

## COUNTS TWO THROUGH FOUR
**(Assaulting an Officer or Employee of the United States with a Deadly Weapon)**

On or about November 11, 2011, within the District of Columbia, defendant OSCAR ORTEGA-HERNANDEZ knowingly and by means and use of a deadly and dangerous weapon, that is a firearm, did forcibly assault, intimidate, and interfere with the following persons, who are officers or employees of the United States, while they were engaged in their official duties:

| COUNT | VICTIM |
|---|---|
| TWO | Todd Amman |
| THREE | Carrie Johnson |
| FOUR | Jeff Lourinia |

**(Assaulting an Officer or Employee of the United States with a Deadly Weapon**
in violation of 18 U.S.C. § 111**)**

## COUNT FIVE
**(Injury to Property of the United States)**

On or about November 11, 2011, in the District of Columbia, defendant OSCAR ORTEGA-HERNANDEZ willfully and by means of a firearm did injure property of the United States, that is,

the White House, thereby causing damage in excess of $1,000.

**(Injury to Property of the United States,**
in violation of 18 U.S.C. § 1361**)**

### COUNTS SIX THROUGH TEN
### (Using, Carrying, Brandishing and Discharging a
### Firearm During a Crime of Violence)

On or about November 11, 2011, defendant OSCAR ORTEGA-HERNANDEZ did knowingly use, carry, brandish, and discharge a firearm during and in relation to the following crimes of violence for which he may be prosecuted in a court of the United States:

| COUNT | PREDICATE OFFENSE |
|---|---|
| SIX | Attempt to Assassinate the President of the United States (Count One) |
| SEVEN | Assaulting an Officer or Employee of the United States (Count Two) |
| EIGHT | Assaulting an Officer or Employee of the United States (Count Three) |
| NINE | Assaulting an Officer or Employee of the United States (Count Four) |
| TEN | Injury to Property of the United States (Count Five) |

**(Using, Carrying, Brandishing, and Discharging a Firearm During a Crime of Violence,** in violation of 18 U.S.C. § 924(c)(1)(A)**)**

### COUNTS ELEVEN THROUGH THIRTEEN
### (Assault with a Dangerous Weapon)

On or about November 11, 2011, within the District of Columbia, defendant OSCAR ORTEGA-HERNANDEZ assaulted the following persons with a dangerous weapon, that is, a firearm:

3

| COUNT | VICTIM |
|---|---|
| ELEVEN | Todd Amman |
| TWELVE | Carrie Johnson |
| THIRTEEN | Jeff Lourinia |

**(Assault with a Dangerous Weapon**
in violation of Title 22, D.C. Code, Section 402 (2001 ed.)**)**

### COUNTS FOURTEEN THROUGH SIXTEEN
### (Possession of a Firearm During the Commission
### of a Crime of Violence)

On or about November 11, 2011, defendant OSCAR ORTEGA-HERNANDEZ did possess a firearm while committing the following crimes of violence:

| COUNT | PREDICATE OFFENSE |
|---|---|
| FOURTEEN | Assault with a Dangerous Weapon (Count Eleven) |
| FIFTEEN | Assault with a Dangerous Weapon (Count Twelve) |
| SIXTEEN | Assault with a Dangerous Weapon (Count Thirteen) |

**(Possession of a Firearm During the Commission of a Crime of Violence,**
in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.)**)**

### COUNT SEVENTEEN
### (Interstate Transportation of a Firearm and Ammunition)

Between on or about October 23, 2011, and on or about November 11, 2011, defendant OSCAR ORTEGA-HERNANDEZ did ship, transport, and receive a firearm and ammunition in interstate commerce with an intent to commit an offense therewith punishable by imprisonment for a term exceeding one year, and with knowledge and reasonable cause to believe that an offense

punishable by imprisonment for a term exceeding one year was to be committed therewith, that is, as charged in Counts One through Five of this Indictment.

**(Interstate Transportation of a Firearm and Ammunition,**
in violation of 18 U.S.C. § 924(b)**)**

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia