**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.  12-CR-00014 (RMC)** |
| **v.** | **:** | |
| | **:** | |
| **OSCAR R. ORTEGA-HERNANDEZ** | **:** | **Motions Hearing:  September 6, 2013** |
| **Defendant.** | **:** | |

**<u>ORDER</u>**

Upon consideration of the Government's Motion *In Limine* to Exclude Evidence and Preclude Arguments Establishing a Factual Impossibility Defense, any opposition by the defense thereto, and the entire record in this case, it is this _____ day of _____, 2013, hereby,

ORDERD that the Motion *In Limine* to Exclude Evidence and Preclude Arguments Establishing a Factual Impossibility Defense is GRANTED.

Date: _____        _____

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE