**FILED**

SEP 1 8 2013

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Criminal Case No. 12-CR-00014 (RMC)** |
| v. | : | |
| | : | |
| OSCAR R. ORTEGA-HERNANDEZ | : | **Trial Date: September 30, 2013** |
| Defendant. | : | |

## STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial.

1. Defendant Oscar Ramiro Ortega-Hernandez (hereinafter "ORTEGA-HERNANDEZ") is a citizen of the United States, and resident of Idaho Falls, Idaho. ORTEGA-HERNANDEZ is the registered owner of a 1998 black Honda Accord, with Idaho registration number 8BZ-6370.

2. Beginning in or about 2010, ORTEGA-HERNANDEZ began making repeated statements to many of his friends and associates in Idaho about his contempt for the federal government, and espoused numerous theories regarding how the federal government was seeking to control Americans. For instance, ORTEGA-HERNANDEZ explained to several friends and associates that the federal government was seeking to implant Global Positioning System chips in children as a means to track them. In a videotaped statement, recorded on September 16, 2011, ORTEGA-HERNANDEZ made the following statements with respect to the federal government:

- The United States government was "bully[ing] all the other countries to get what we want;"

- "Our government deceives the American people so that us or the army can go steal other countries' goods [and] oil;"

*O. R. O*

- "From the fluoride in our toothpaste to the aspartame in the majority of all the things we consume, the FDA makes all the companies put that in stuff we consume...to dumb us down;"

- "Because if the whole world, or the whole United States, would have smoked cannabis freely like alcohol is consumed, I believe that we would all be so much more intelligent beings, and the government knows that. That's why it's illegal, because if we were all more intelligent as a whole it would be harder to deceive us. So they just keep marijuana illegal because they know there will always be a population that will follow the rules."

- "The government sees themselves as better than the general population. Like they're on a different level. They call themselves the Illuminati, like the Enlightened Ones;"

- "And right now, we're in war for being greedy with oil and we're also deep in the war on drugs, so right now we're fighting two wars. One war to basically stay away from exercise and the second war to keep us from marijuana."

- "Because the government is fighting, or should I say, bullying, these other countries for their oil, our freedom is at stake because of it. Because now we are far from free. I mean now we have to live in fear of getting nuked because of what our government has dragged us into. I mean think about it: we were never given a choice on what to do about this oil crisis. We were only given one choice, and that was to fight, or war."

3. On or about March 19, 2011, ORTEGA-HERNANDEZ purchased a Romanian Cugir SA semi-automatic (AK-47-style) assault rifle from an individual in Idaho for $550. ORTEGA-HERNANDEZ also purchased more than 1,200 rounds of ammunition to use with the weapon. Over the course of the next six months, ORTEGA-HERNANDEZ practiced firing it at a desolate crater located on land owned by the Bureau of Land Management outside of Idaho Falls, Idaho.

4. In approximately August 2011, ORTEGA-HERNANDEZ purchased a scope kit on the Internet and asked a friend to install it on the weapon for him. That scope kit included a mount, a scope, a laser sight, and a flashlight. After the scope was installed, ORTEGA-HERNANDEZ again took the weapon out for shooting practice. ORTEGA-HERNANDEZ

O. R. O

practiced shooting at items like a home stereo amplifier, an empty ammunition case, a video cassette recorder, and a stereo speaker.

5. On or about October 23, 2011, ORTEGA-HERNANDEZ made two short videos at the home of one of his friends. In the videos, ORTEGA-HERNANDEZ noted Osama bin Laden's courage in standing up to the United States, and called for a revolution against the federal government. Specifically, ORTEGA-HERNANDEZ stated:

> Okay, so now everybody knows about the bad things that Osama Bin laden did. But does anybody know why he did all the things that he did? You see, I think this man is the only one that had the balls to stand up and say our people have had enough of all these years of bullying and killings-and unfairness with the oil. I think Osama's the only one brave enough to stand up to the strongest, most powerful country in the world.
>
> I am not in any way shape or form saying that what he did was okay or trying to take sides, because I love this country that I was born and raised in, and raised my family in and most of my family was raised here. I am just trying to bring a different perspective to this craziness.
>
> I mean think about it. Say you had a small farm that you worked so hard to sustain and to success to feed and support your family. How would you feel or how would you react to another group of people coming onto your farm and taking the majority of all your cattle and crops that you worked so hard to feed your family with for nothing in return? Would you sit and watch like a coward or would you take stand like a man?
>
> See that's exactly what Osama did. That's exactly how it is for the Iraqi people. We have had our troops in their country for years and more years just putting the Iraqi people in line if any of them want to mess up our plan to steal their oil.

In the second video, ORTEGA-HERNANDEZ stated:

> Although I say I am Jesus, I don't want you to think of me as this overly nice person, which I am, but I don't want to be portrayed as a soft hearted, fluffy bundle of joy even though I feel like I am the

O.R.O

> happiest man alive. I am a cold hearted warrior of God and that is exactly what I want to be portrayed as.
>
> You see everybody, it's time for Armageddon. It's time for a revolution. It's time to take stand and stop letting this corrupt government rule us with an iron fist. It's time to stop letting the Illuminati tell us what to do. It's time to live by our own rules and regulations. Instead of one world under the Illuminati, it's time for one world under gods, indivisible with liberty and justice for all.

6. After making the two videotaped statements, ORTEGA-HERNANDEZ departed Idaho Falls, Idaho, that same day, in his 1998 black Honda Accord, with Idaho registration number 8BZ-6370, packed with personal possessions, the Romanian Cugir SA semi-automatic assault rifle with the attached scope, and more than 180 rounds of ammunition. ORTEGA-HERNANDEZ drove eastbound.

7. On or about October 25, 2011, ORTEGA-HERNANDEZ arrived at a hotel where two friends were temporarily residing in Indiana, Pennsylvania. ORTEGA-HERNANDEZ remained in their company for at least two weeks as a guest, even traveling to New York City with them for an overnight trip with their family. During the course of his stay with his friends, ORTEGA-HERNANDEZ never disclosed to them the Romanian Cugir SA semi-automatic assault rifle and ammunition that he had brought with him from Idaho.

8. On or about November 9, 2011, ORTEGA-HERNANDEZ left Indiana, Pennsylvania, in his 1998 black Honda Accord, with Idaho registration number 8BZ-6370, and traveled to the Washington, D.C. area.

9. On or about November 11, 2011, at approximately 10:00 AM, Arlington County police officers responded to a call of a suspicious person looking into houses, and stopped ORTEGA-HERNANDEZ on foot. The police officers photographed ORTEGA-HERNANDEZ wearing a black hooded LA Dodgers jacket. The police officers transported ORTEGA-

O.R.O

HERNANDEZ to his vehicle, a 1998 black Honda Accord, with Idaho registration number 8BZ-6370. The police officers asked for consent to search the vehicle, but ORTEGA-HERNANDEZ refused.

10. On or about November 11, 2011, at approximately 4:54 PM, ORTEGA-HERNANDEZ went to a Walmart store in Fairfax, Virginia. ORTEGA-HERNANDEZ returned a gun sling, and purchased a number of items. ORTEGA-HERNANDEZ appeared on the store's surveillance video, and was identified by a witness who was in the store that day.

11. On or about November 11, 2011, at approximately 8:50 PM, ORTEGA-HERNANDEZ was driving southbound on Fifteenth Street, N.W. in his 1998 black Honda Accord, with Idaho registration number 8BZ-6370. ORTEGA-HERNANDEZ made a right turn onto Constitution Avenue, N.W., and drove westbound.

12. Shortly after passing the entrance to the Ellipse, ORTEGA-HERNANDEZ stopped his vehicle in the middle of the road. With the passenger-side window of his car lowered, ORTEGA-HERNANDEZ pointed his Romanian Cugir SA semi-automatic assault rifle out the passenger-side window of the car and aimed directly at the White House. ORTEGA-HERNANDEZ fired at least eight rounds at the second and third stories of the White House, which is the residential section of the White House.

13. Following the shots, ORTEGA-HERNANDEZ fled the scene, driving erratically and at a high rate of speed westbound on Constitution Avenue. Moments later, ORTEGA-HERNANDEZ lost control of the vehicle and crashed near the ramp from Constitution Avenue to the Theodore Roosevelt Bridge in front of the United States Institute of Peace. The crash was captured on the Institute's surveillance video. After efforts to restart the vehicle failed, ORTEGA-HERNANDEZ fled from the vehicle on foot.

O.R.O

14. Recovered from the vehicle were, among other things:

- a Romanian Cugir SA semi-automatic assault rifle with a scope mounted on the top portion of the weapon and a magazine attached to it. There were approximately sixteen 7.62 x 39 mm cartridges loaded in the magazine and one round in the chamber of the rifle;

- three additional magazines loaded with a total of ninety-three 7.62 x 39 mm cartridges;

- twelve spent shell casings for 7.62 x 39 mm cartridges, all of which were fired from the Romanian Cugir SA semi-automatic assault rifle;

- five boxes containing an additional seventy-five 7.62 x 39 mm cartridges;

- a black hooded Los Angeles Dodgers jacket identical to the one ORTEGA-HERNANDEZ had been photographed wearing earlier that day in Arlington County; and

- receipts from the Walmart store in Fairfax, Virginia, where ORTEGA-HERNANDEZ had returned the gun sling and purchased additional items earlier that day.

15. The FBI conducted a fingerprint analysis of the ammunition magazines recovered from the vehicle and found ten latent prints of value on two of the magazines. All ten of these latent fingerprints have been identified as fingerprints of ORTEGA-HERNANDEZ.

16. The FBI conducted a fingerprint analysis of the interior of the vehicle. The FBI identified three latent prints of value inside the car: one on the driver's side door handle, one on the driver's seat belt side, and one on a dietary supplement bottle. All three of those latent fingerprints have been identified as fingerprints of ORTEGA-HERNANDEZ.

17. The FBI also conducted a chemical analysis of the interior of the vehicle. The FBI identified vaporous lead residue consistent with the discharge of a firearm on the exterior of the passenger-side door along the window trim, interior side of the windshield on the passenger-side near the "A" pillar, rear passenger-side headliner, and passenger-side interior door panel. Particulate lead consistent with the discharge of a firearm was discovered on the passenger-side

O.R.0

seat and seat back, exterior of the passenger-side door, passenger-side dashboard, passenger-side window frame, interior passenger-side windshield, passenger-side "B" pillar, rear passenger-side headliner, and a CD case located on the passenger-side visor.

18. The FBI examined the area around the White House and located approximately eight bullet impact points on the south side of the building on or above the second story. That area of the White House is widely known to be the residence of the First Family. Two bullets were also recovered from the White House: one from a window frame on the Truman Balcony and one found on the ground east of the South entrance. The FBI has determined that both of those bullets were fired from the Romanian Cugir SA semi-automatic assault rifle. The FBI also recovered a bullet jacket that was found in the window sill of the Truman Balcony, which was also determined to have been fired from the Romanian Cugir SA semi-automatic assault rifle. Total damage done to the White House was approximately $97,757.93.

19. At the time of the shooting, the President of the United States and the First Lady were not present at the White House. Two members of the First Family were present within the residence of the White House however, but were unharmed.

20. At the time of the shooting, United States Secret Service Officers Todd Amann and Jeff Lourinia were stationed on the northeast section of the roof of the White House. One of the bullets fired by ORTEGA-HERNANDEZ struck the roof of the White House within approximately 20 feet of where Officers Amann and Lourinia were stationed. Officers Amann and Lourinia each reported hearing approximately six shots fired. United States Secret Service Officer Carrie Johnson was stationed at the South Portico underneath the Truman balcony at the time of the shooting. Several of the bullets fired by ORTEGA-HERNANDEZ struck the Truman balcony directly above where Officer Johnson was stationed. Officer Johnson heard

O. R. O

approximately six to eight shots and the sound of what she believed to be debris falling from above. Officer Johnson took cover behind the stairwell, drew her firearm, and readied a shotgun.

21. The White House is part of President's Park, a national park administered by the United States National Park Service. In addition to the White House, President's Park encompasses Lafayette Square and the Ellipse. As a national park, President's Park is within the special maritime and territorial jurisdiction of the United States, as defined in Title 18, United States Code, Section 7(3).

22. Following the defendant's flight from the vehicle following the shooting, there was a multi-jurisdictional search for ORTEGA-HERNANDEZ by law enforcement. On or about November 14, 2011, ORTEGA-HERNANDEZ was photographed riding inside one of the empty hopper cars on a cargo train in the area of Shenandoah Junction, West Virginia. The cargo train was headed in a northwest direction from Washington, D.C.

23. On or about November 15, 2011, ORTEGA-HERNANDEZ was identified standing outside the Midway Car Wash in South Greensburg, Pennsylvania, and asking for a ride. A witness drove ORTEGA-HERNANDEZ to the Walmart in Greensburg, Pennsylvania, where ORTEGA-HERNANDEZ purchased some additional items. ORTEGA-HERNANDEZ appeared on the store's surveillance video.

24. On or about November 16, 2011, ORTEGA-HERNANDEZ returned to the hotel in Indiana, Pennsylvania, where he had previously stayed with friends, and was subsequently arrested by the Pennsylvania State Police.

25. The FBI searched the defendant's person and backpack. Recovered during the search were among other things: additional clothing, cans of food, a handcuff key, a receipt from the Walmart in Greensburg, Pennsylvania, a flash light, a pocket knife, and screwdrivers.

O.R.O

26. Following his arrest, ORTEGA-HERNANDEZ was interviewed by the FBI. ORTEGA-HERNANDEZ was read his Miranda rights, and waived them. ORTEGA-HERNANDEZ admitted that he was the owner of a 1998 black Honda Accord, and that he was present in Washington, D.C., on November 11, 2011. ORTEGA-HERNANDEZ falsely claimed however, that he had been the victim of a brazen daylight robbery at about 3:00 PM on November 11, 2011, outside of a Popeye's Chicken restaurant located somewhere outside the District of Columbia. The purported robber pulled a gun on him and took his wallet, his keys, his car and its contents. When asked if he knew about the shooting at the White House on November 11, ORTEGA-HERNANDEZ replied that it must have been done by the person who had stolen his vehicle. ORTEGA-HERNANDEZ also falsely claimed that he had never owned a firearm, including an AK-47 or any similar type of weapon.

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
DC Bar No. 447889

By: _____
GEORGE P. VARGHESE
Special Assistant United States Attorney
ALESSIO D. EVANGELISTA
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(617) 748-3237 (Varghese)
(202) 252-7247 (Evangelista)

O.R.O

**Defendant's Acceptance of Factual Proffer**

I have read this Statement of Facts in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Facts and all matters relating to it. I fully understand this Statement of Facts and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth in the Plea Agreement.

9-17-13
_____
Date

_____
OSCAR RAMIRO ORTEGA-HERNANDEZ
Defendant

**Defense Counsel's Acknowledgment**

I am the attorney for OSCAR RAMIRO ORTEGA-HERNANDEZ. I have reviewed every part of this Statement of Facts in Support of Guilty Plea with him. It accurately and completely sets forth the Statement of Facts agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

9-17-13
_____
Date

_____
ROBERT SPELKE, Esq.
ROBERT FEITEL, Esq.
SANDI RHEE, Esq.
Counsel for OSCAR RAMIRO ORTEGA-
HERNANDEZ

O.R.C