# Exhibit A

Photos Taken of Ortega-Hernandez by Arlington County Police
in the morning of November 11, 2011





