# Exhibit B

Surveillance Video Still Photos of Ortega-Hernandez at Walmart
in Fairfax, Virginia in the afternoon of November 11, 2011

# DVR Video Snapshot

C:\Dvr\STORE02015DVR04US\REG23\2011 11 11\16.51.53_16.56.59.avi
Fri, Nov 11, 2011, 4:51:53 PM (Eastern Standard Time)
Event: No event selected



Video Capture Size: 352 x 240 pixels
Video Frame Time: 11/11/2011 4:54:19 PM (Eastern Standard Time)
Media Input Name: REG23
DVR Location: STORE02015DVR04US
DVR Serial #: KBAAH5635-4210B
& Station ID: 0

# DVR Video Snapshot

C:\Dvr\STORE02015DVR07US\stanley 1\2011 11 11\16.51.54_16.56.59.avi
Fri, Nov 11, 2011, 4:51:54 PM (Eastern Standard Time)
Event: No event selected



Video Capture Size:  352 x 240 pixels
Video Frame Time: 11/11/2011 4:55:40 PM (Eastern Standard Time)
Media Input Name: stanley 1
DVR Location: STORE02015DVR07US
DVR Serial #: KBAAC4765-4210
&Station ID: 0