# Exhibit C

Photos of Ortega-Hernandez's Vehicle at the Institute of Peace
at approximately 9:04 PM on November 11, 2011



