# Exhibit D

Photos of Items Recovered from Ortega-Hernandez's Vehicle



















**Walmart**
Save money. Live better.

(703) 631-9460
Manager DARBY REID
13069 FAIR LAKES PARKWAY
FAIRFAX VA 22033
ST# 2015 OP# 00004974 TE# 24 TR# 04950
TOASTI TOES 009473310002    1.97 X
THERMAL 088380200553    16.97 X
SUBTOTAL    18.94
TAX 1    5.000 %    0.95
TOTAL    19.89
SHOPPING CARD TEND    19.89
CHANGE DUE    0.00

SHOP.CARD REDEMPTION    19.89
ACCOUNT 607076838281
APPR. CODE = 628226
REF #0155396
Beg Bal Tran Amt    End Bal
20.97    19.89    1.08
11/11/11    16:49:27

# ITEMS SOLD 2

TC# 0889 0894 2608 9852 697

Layaway is back for Electronics,
Toys, and Jewelry. 10/17/11-12/16/11
11/11/11    16:49:30

---

SHOP. CARD SLIP

WAL*MART

ST# 2015 OP# 00003647 TE# 92 TR# 03603
SHOPPING CARD RELOAD    20.97
ACCOUNT 607076838281 3017
APPR. CODE = 566497
REF #0154095
Beg Bal Tran Amt    End Bal
0.00    20.97    20.97
11/11/11    16:31:38

***CUSTOMER COPY***