# Exhibit E

Handwritten Video Script Recovered from Ortega-Hernandez's Vehicle

maybe in the intro have it say in text ~~this is~~ somethin like this is an infomercial ~~to open eye's~~ intended to open our eyes

"Wake up people"!!!

45 seconds of Tupac "changes" at end of 45 seconds it's gotta end with the part of when he says "now it's on us as the people to do what we gotta do to survive" ~~and in text it's g~~ and as that is said in text it's gonna say somethin like "people 2012 does'nt have to happen" And in the middle of the explanation in clips it's gonna ~~to~~ show the open bible where it shows that the bible warns us of whats gonna happen. clip of all the stuff on youtube about this subject. clip of chip allready bein in all new passports, clip of chip allready bein in dogs, clip of chip allready being in willing family's.

- ○ ~~Government chips.~~
- ○ intro
- ○

clip 1 | This is an infomercial intended to open the eyes and minds of today's society | fade to clip #2 | DO you believe in God or a higher power? | fade clip #3 | well in the bible it is said that there will be a person of great power ~~that everybody looks~~ and ~~that~~ this person is going to make everybody who wants t buy sell or live here ~~wear a mark in~~ order to buy sell or live here | then fade to clip #4

*(Show clip of bible saying about the man of great power)* clip #2     clip #3     show bible pic clip

clip #4 | hearing this we the people ~~think to our selves nobod~~ can make me do anything I don't want to do, right? | fade to clip #5 | clip #5  well this person is smart he allready knows that, that's why they're going to go about it with a different approach well I'm sure we have all heard of all these kidnapings and taking people for ransom all over the news well this person is going to come out n say I know we have an epidemic well, I have a solution we can use these chips to eliminate this problem by just putting them in our children, it's safe we allready use them in our dogs, this plan is full proof so now everybody willingly puts them in there children | ~~show clips of~~ show clips of pics of chips in dogs and of chip alone