# Exhibit F

Graphical Depiction of Impact Points and Bullet Holes on White House
Prepared by the FBI Laboratory's Firearms and Toolmarks Unit

