# Exhibit G

Photos of Impact Points and Bullet Holes on White House
Taken by the FBI's Evidence Response Team









































