# Exhibit H

Photos of Location of Bullet Hole Four on White House Roof

