# Exhibit I

Photos from Roof of St. John's Church and Recovered Bullet



