# Exhibit J

Photos of Ortega-Hernandez Riding a Cargo Train
through Shenandoah Junction, West Virginia on November 14, 2011





