# Exhibit K

Surveillance Video Still Photos of Ortega-Hernandez at Walmart
in Greensburg, Pennsylvania in the afternoon of November 15, 2011

STANLEY-GROC-JM-EXIT2-OUTSIDE : STORE02059DVR14US
Tue, Nov 15, 2011, 5:45:04 PM (Eastern Standard Time)
Event: No event selected



Video Capture Size:  352 x 240 pixels
Video Frame Time: 11/15/2011 5:45:04 PM (Eastern Standard Time)
Media Input Name: STANLEY-GROC-JM-EXIT2-OUTSIDE
DVR Location: STORE02059DVR14US
DVR Serial # K8AAG3647-4210

STANLEY-GROC-JM-EXIT2-OUTSIDE : STORE02059DVR14US
Tue, Nov 15, 2011, 5:44:35 PM (Eastern Standard Time)
Event: No event selected



Video Capture Size:  352 x 240 pixels
Video Frame Time: 11/15/2011 5:44:35 PM (Eastern Standard Time)
Media Input Name: STANLEY-GROC-JM-EXIT2-OUTSIDE
DVR Location: STORE02059DVR14US
DVR Serial # K8AAG3647-4210

Case 1:12-cr-00014-APM   Document 66-11   Filed 03/20/14   Page 4 of 4

ENTRANCE-GROC : STORE02059DVR20US
Tue, Nov 15, 2011, 5:45:31 PM (Eastern Standard Time)
Event: No event selected



Video Capture Size:  352 x 240 pixels
Video Frame Time: 11/15/2011 5:45:31 PM (Eastern Standard Time)
Media Input Name: ENTRANCE-GROC
DVR Location: STORE02059DVR20US
DVR Serial # GS093DA626-421DB