# Exhibit L

Photos of Ortega-Hernandez Following his Arrest on November 16, 2011



