# Exhibit M

Photo of Mayan Alphabet Found on Ortega-Hernandez's Person on November 16, 2011

Page 1



| Signs. | Phonetic value. | | Signs. | Phonetic value. | | Signs. | Phonetic value. |
|---|---|---|---|---|---|---|---|
| 1. | a | 10. | i | 19. | p |
| 2. | a | 11. | ca | 20. | pp |
| 3 | a | 12. | k | 21. | cu |
| 4. | b | 13. | l | 22. | ku |
| 5. | b | 14. | l | 23. | x# |
| 6. | e | 15. | m | 24. | x |
| 7. | t | 16. | n | 25. | u |
| 8. | ɛ | 17. | o. | 26. | u |
| 9. | h | 18. | o. | 27. | z |

DIEGO DE LANDA'S MAYA ALPHABET.

http://karenswhimsy.com/public-domain-images/alphabets/images/mayan-alphabet.jpg    12/18/2010