# Exhibit N

Photo of Ortega-Hernandez's Shooting Location, across the White House, to St. John's Church

