# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America,** | |
| **v.** | **Case No. 12-cr-014-APM** |
| **Oscar Ortega-Hernandez,** | |
| **Defendant.** | |

## NOTICE OF PROJECTED RELEASE DATE

Mr. Ortega-Hernandez, through counsel, respectfully brings to this Court's attention that his current projected release date is June 21, 2033.[1]  If Mr. Ortega-Hernandez were to prevail on his motion to vacate his § 924(c) conviction, ECF No. 108, his projected release date would be shortened by 10 years—to June 21, 2023.  *See* Amended Judgment, ECF No. 106 (imposing 15 years for injuring government property, in violation of 18 U.S.C. § 1363 (count 5); and 10 mandatory consecutive years for discharging a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c) (count 11)).

Additionally, if Mr. Ortega-Hernandez no longer had a § 924(c) conviction, he would be eligible to receive "earned time credit," which provides prisoners the opportunity to earn 10 to 15 days of time credits for every 30 days of successful participation in Evidence Based Recidivism Reduction Program and Productive Activities.  *See* Bureau of Prisons, Program Statement No. 5410.01, *First Step Act of 2018-Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)*

---

[1] *See* Bureau of Prisons, *Inmate locator*, available at https://www.bop.gov/inmateloc/ (searching "Oscar Ortega-Hernandez" or register number "33230-068").

(Nov. 18, 2022).[2]   Through enough participation in these programs, prisoners can earn up to one year off their sentence.  *Id.*  Right now, Mr. Ortega-Hernandez cannot earn such credit solely because the First Step Act bars individuals with § 924(c) convictions from earning credit.  *Id.*  Without a § 924(c) conviction, however, Mr. Ortega-Hernandez would become eligible to receive credit, making his projected release date potentially sooner than June 21, 2023.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
BENJAMIN FLICK
Research & Writing Attorney
Federal Public Defender's Office
625 Indiana Ave, NW, Suite 550
Washington, D.C. 20004

---

[2] Available at https://www.bop.gov/policy/progstat/5410_01.pdf.

2