**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 12-cr-00014 (APM)** |
| | ) | |
| **OSCAR RAMIRO ORTEGA-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

For the reasons set forth in the court's Memorandum Opinion, ECF No. 143, Defendant's Motion for Reconsideration re: Order on Motion to Vacate, ECF No. 138, is denied.

The court grants Defendant a certificate of appealability as to the following two questions:

1. Whether Defendant's conviction for causing "Injury to a Dwelling and Placing Lives in Jeopardy within the Special Maritime and Territorial Jurisdiction of the United States" in violation of 18 U.S.C. § 1363 is a "crime of violence" for purposes of 18 U.S.C. § 924(c).

2. Whether the lesser offense of "destroy[ing] or injur[ing]" property under 18 U.S.C. § 1363 has as an element the use of "physical force," as defined in *Johnson v. United States*, 559 U.S. 133 (2010).

This is a final, appealable order.

Dated: February 8, 2024

Amit P. Mehta
United States District Court Judge